UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHAD GREGORIUS, on behalf of himself
and all others similarly situated

    Plaintiff,

v.                                            Case No:   2:16-cv-593-FtM-99MRM

NPC INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on Chad Gregorius' Motion to Proceed *In Forma Pauperis* (Doc. 2), Affidavit of Indigency (Doc. 3), and Application to Proceed In District Court Without Prepaying Fees or Costs (Doc. 4) filed on July 29, 2016.  Plaintiff is requesting leave to proceed *in forma pauperis*, which is without prepayment of fees.  The Court has carefully reviewed Plaintiff's submission pursuant to 28 U.S.C. § 1915.  According to these submissions, Plaintiff qualifies to proceed *in forma pauperis.*

**IT IS HEREBY ORDERED:**

1)   The Motion to Proceed In Forma Pauperis (Doc. 2) and Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 4) are **GRANTED**.

2)   The Clerk is directed to file all pleadings in this cause without prepayment of costs, and the United States Marshal, upon receipt of appropriate instructions in proper form from Plaintiff, is directed to effect service of process without prepayment of costs or fees.

3)   Plaintiff shall have **THIRTY (30) DAYS** from the date of this Order to prepare and forward the completed service documents along with sufficient copies of the Complaint to

the Clerk for service by the United States Marshal.  Failure to provide these documents within this time period will cause the Court to recommend that this action be dismissed.

    4)    If Plaintiff prevails in this action, Plaintiff may be required to reimburse the Court for the costs in this case.  *See* M.D. Fla. R. 4.07(b).

**DONE AND ORDERED** in Fort Myers, Florida on August 2, 2016.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties